

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2022

No. 04-22-00154-CV

**IN RE** Richard C. **REIERSON**, Trustee of the Charlotte, Brittingham & Nathaniel Family Trust,

Original Mandamus Proceeding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

On March 21, 2022, we issued an order stating the real parties in interest may file a response to relator's petition for mandamus by April 5, 2022. On March 23, 2022, real parties in interest filed a motion requesting a thirty day extension of time to file a response. After consideration, we **grant** the motion and **order** real parties in interest to file their response **by May 5, 2022.**

It is so **ORDERED** on March 24, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court